UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHAD STEVENER,

    Plaintiff,

v.                                                Case No. 6:18-cv-327-Orl-37DCI

GREAT SOUTHERN WATER
TREATMENT, INC.,

    Defendant.
_____

## ORDER

Plaintiff initiated this action against his former employer for failure to pay minimum wage, unpaid wages, and retaliation in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties then moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 20.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting that motion and approving the settlement amount as fair and reasonable. (Doc. 21 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 21) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. 20) is **GRANTED**.

3. The Settlement Agreement and Release of Claims with Respect to the FLSA (Doc. 20-1) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 18, 2018.

_____
ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record